# Exhibit 1

# Exhibit 1

# DECLARATION OF VIRGINIA VALENTINE

I, Virginia Valentine, declare the following under penalties of perjury:

1. I am the Executive Director of the Nevada Resort Association ("NRA").

2. The NRA is a membership organization representing the interests of various gaming and resort properties in Nevada.

3. Part of the core mission of the NRA is to monitor legislation, including ballot measures, that could affect the resort and gaming industry in Nevada.

4. When an initiative petition is proposed that does not comply with Nevada law, the NRA will file a legal action under NRS 295.061 to require compliance if the NRS Executive Committee believes that it is in the best interests of the Association.

5. The NRA has recently engaged in such litigation regarding an initiative petition that proposes to raise the gaming fee on certain properties. That petition is currently being circulated.

6. The NRA and its members will be directly and adversely affected if an initiative petition is permitted to qualify for the ballot, despite the fact that it does not comply with Nevada law because, for example, signatures are turned in late, or it contains fraudulent signatures. The NRA and its members would be harmed because they would have to expend resources in a campaign that, if the law were followed, would never have occurred.

7. The NRA will be harmed if the deadline to gather signatures is extended because that would, as a practical matter, impair its ability to even challenge the genuineness and validity of the signatures that are submitted for verification. Such a challenge would likely become moot before a court could resolve it, because the petition must be submitted to the 2021 Legislature as soon as it convenes, and the Nevada Constitution requires that the Legislature give it priority and act on it within 40 days.

I declare under penalty of perjury that the above statements are true.

Dated this __1__ day of October, 2020.

_____
VIRGINIA VALENTINE

1