1  THE O'MARA LAW FIRM, P.C.
   DAVID C. O'MARA (Nevada Bar No. 8599)
2  311 East Liberty Street
   Reno, NV 89501
3  Telephone: 775/323-1321
   775/323-4082 (fax)
4
   Attorneys for Protect Our Girls
5
6
                **UNITED STATES DISTRICT COURT**
                **DISTRICT OF NEVADA**

7  PROTECT OUR GIRLS, a Committee for          Case No.   3:20-cv-00515-MMD-WGC
   Political Action (PAC) Advocating Passage,
8  and MELISSA CLEMENT, an individual,

9                       Plaintiffs,

10 v.                                          **JOINT MOTION TO APPROVE**
                                               **CONSENT DECREE**
11 BARBARA CEGAVSKE in her official
   capacity as Nevada Secretary of State,
12 JOSEPH P. GLORIA in his official capacity as
   Clark County Registrar of Voters, DEANNA
13 SPIKULA in her official capacity as Washoe
   County Registrar of Voters, KRISTINA
14 JAKEMAN in her official capacity as Elko
   County Clerk, SADIE SULLIVAN in her
15 official capacity as Lander County Clerk,
   LACEY DONALDSON in her official capacity
16 as Pershing County Clerk-Treasurer,
   VANESSA STEVENS in her official capacity
17 as Storey County Clerk-Treasurer, NICHOLE
   BALDWIN in her official capacity as White
18 Pine County Clerk, SANDRA MERLINO in
   her official capacity as Nye County Clerk,
19 TAMMI RAE SPERO in her official capacity
   as Humboldt County Clerk, KATHY LEWIS
20 in her official capacity as Douglas County
   Clerk-Treasurer, LINDA ROTHERY in her
21 official capacity as Churchill County Clerk-
   Treasurer, LACINDA ELGAN in her official
22 capacity as Esmeralda County Clerk-Treasurer,
   LISA C. LLOYD in her official capacity as
23 Lincoln County Clerk, LISA HOEHNA in her
   official capacity as Eureka County Clerk,
24 CHRISTOPHER NEPPER in his official
   capacity as Mineral County Clerk-Treasurer,
25 NIKKI BRYAN in her official capacity as
   Lyon County Clerk-Treasurer, and AUBREY
26 ROWLATT in her official capacity as Carson
   City Clerk-Recorder,
27
                       Defendants.
28

                              - 1 -

1         Plaintiffs Fair Maps Nevada, Sondra Cosgrove, Douglas Goodman and Robert MacDonald,

2    by and through their undersigned counsel, and Defendants Secretary of State Barbara Cegavske,

3    Clark County Registrar of Voters Joseph P. Gloria, Washoe County Registrar of Voters Deanna

4    Spikula, Elko County Clerk Kristina Jakeman, Lander County Clerk Sadie Sullivan, Pershing

5    County Clerk-Treasurer Lacey Donaldson, Storey County Clerk Vanessa Stevens, White Pine

6    County Clerk Nichole Baldwin, Nye County Clerk Sandra Merlino, Humboldt County Clerk

7    Tammie Rae Spero, Douglas County Clerk-Treasurer Kathy Lewis, Churchill County Clerk-

8    Treasurer Linda Rothery, Esmeralda County Clerk-Treasurer Lacinda Elgan, Lincoln County Clerk

9    Lisa C. Lloyd, Eureka County Clerk Lisa Hoehne, Mineral County Clerk-Treasurer Christopher

10   Nepper, Lyon County Clerk-Treasurer Nikki Bryan and Carson City Clerk-Recorder Aubrey Rowlatt

11   ("Defendants") submit this Joint Motion to Approve Consent Decree ("Motion"). Intervenors Rev.

12   Leonard Jackson and Nevada Resort Association PAC ("Intervenors") have not joined this Motion.

13        On May 20, 2020, the Court granted in part and denied in part Plaintiffs' Motion for

14   Preliminary Injunction (ECF 2), concluding that NRS 295.056(3) is unconstitutional as applied to

15   Plaintiffs.  (ECF 44, Order at 32-33.)  In the Order, the Court indicated that the "parties can work out

16   a reasonable accommodation" to ensure Plaintiffs' constitutional rights are preserved.  (Id. at 28, n.

17   20.)  Following issuance of the Order, Plaintiffs and Defendants conferred and reached agreement on

18   such an accommodation.  The terms of the accommodation are reflected in the attached Consent

19   Decree (Exhibit A).

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   **[*continued on following page*]**

1    Plaintiffs and Defendants jointly request that the Court approve the attached Consent Decree.

2  The terms of the Consent Decree are in the best interests of justice in light of the constitutional

3  issues at stake in the instant litigation. Expeditious entry of this Consent Decree avoids continued

4  litigation and concomitant uncertainty around the November election. Accordingly, Plaintiffs and

5  Defendants ask this Court to grant the Motion and approve the Consent Decree.

6  FOR DEFENDANTS:                          FOR PLAINTIFFS:
   Dated: October 7, 2020                    Dated: October 7, 2020
7  NEVADA STATE ATTORNEY                     THE O'MARA LAW FIRM, P.C.
   GENERAL'S OFFICE

8

9

10  By: /s/ Gregory Zunino                   By: /s/ David C. O'Mara
    Gregory Zunino, Esq.                      David C. O'Mara, Esq.
11  Craig Newby, Esq.                         311 E. Liberty Street
    Benjamin Johnson, Esq.                    Reno, Nevada 89501
12  100 N. Carson Street                      david@omaralaw.net
    Carson City, NV 90701
13  gzunino@ag.nv.gov
    cnewby@ag.nv.gov
14  Counsel for Barbara Cegavske

15  Dated: October 7, 2020
    CLARK COUNTY DISTRICT
16  ATTORNEY'S OFFICE

17

18

19  By: /s/ Mary-Anne M. Miller
    Mary-Anne M. Miller
    500 S. Grand Central Parkway, 5th Floor
20  P.O. Box 552215
    Las Vegas, NV 89155
21  Mary-Anne.Miller@ClarCountyDA.com
    Counsel for Joseph P. Gloria
22

23  //

24  //

25  //

26  //

27  //

28                        [*continued on following page*]

1    FOR DEFENDANTS                              FOR DEFENDANTS
     Dated: October 7, 2020                      Dated: October 7, 2020
2    MARQUIS & AURBACH                           WASHOE COUNTY DISTRICT
                                                 ATTORNEY'S OFFICE
3

4

5    By: /s/ Brian Hardy                         By: /s/ Herbert B. Kaplan
     Craig R. Anderson, Esq.                     Herbert B. Kaplan
6    Brian Hardy                                 Washoe County District Attorney's Office
     1001 Park Run Drive                         1 S. Sierra St #7
7    Las Vegas, NV 89145                         Reno, Nevada 89501
     *Counsel for Kristina Jakeman, Saddie*      hkaplan@da.washoecounty.us
8    *Sullivan, Vanessa Stevenson, Nichole*
     *Baldwin, Sandra Merlino, Tammy Rae*
9    *Spero, Kathy Rothery, Kathy Lewis,*
     *Lacinda Elgan, Lisa Lloyd, Lisa Hoehna,*
10   *Chrisopher Nepper, Nikki Bryan and*
     *Lacey Donaldson*
11
     Dated: October 7, 2020
12   CARSON CITY DISTRICT
     ATTORNEY'S OFFICE
13

14

15   By: /s/ Jason D. Woodbury
     Jason D. Woodbury
16   Carson City District Attorney's Office
     885 E. Musser St, Ste 2030
17   Carson City, NV 89701
     jwoodbury@carson.org
18

19

20

21

22

23

24

25

26

27

28

1

## **INDEX OF EXHIBITS**

2    Exh No.                 Description                Pages

3     1.               Consent Decree              6

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28