AARON D. FORD
  Attorney General
GREGORY L. ZUNINO, Bar No. 4805
  Deputy Solicitor General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1100
E-mail: glzunino@ag.nv.gov

*Attorneys for Barbara Cegavske*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROTECT OUR GIRLS, a Committee for Political Action (PAC), Advocating Passage, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-00515-MMD-WGC<br><br>**ORDER GRANTING DEFENDANT SECRETARY OF STATE'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT (ECF NO. 1)**<br><br>**First Request** |

Defendant Barbara Cegavske, Nevada Secretary of State (Secretary), by and through the undersigned counsel, hereby moves the Court, pursuant Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), and Local Rule IA 6-1 (LR 6-1), for an order extending the Secretary's time in which to file a responsive pleading to Plaintiffs' Complaint, hereinafter "Complaint" (ECF No. 1). This is the Secretary's first request for an extension of any filing deadline in this case. The Secretary requests that her time for filing a responsive pleading in this case be extended until November 2, 2020, representing an additional twenty (20) days. This request is based upon the following points and authorities and all pleadings and papers on file herein.

**POINTS AND AUTHORITIES**

FRCP 6(b) states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." On the Secretary's behalf, the undersigned accepted service of the Complaint on September 22, 2020. Pursuant to NRCP 12(a), the Secretary must file a responsive pleading by close of business today.

On October 7, 2020, the Secretary joined a motion (ECF No. 10) in which Defendants requested approval of a proposed consent decree similar to the one that was approved in *Fair Maps Nevada v. Cegavske*, Case No. 3:20-cv-00271-MMD-WGC (D. Nev. Filed May 6, 2020). However, by order dated October 9, 2020 (ECF No. 12), the Court dismissed the joint motion without prejudice and directed the parties "to file either a joint brief, or separate briefs, addressing the . . . questions of whether Plaintiffs have standing to prosecute this case, and whether the Court would have jurisdiction to approve a revised consent decree" (*Id.* at 2:19-21). In light of the Court's order, the Secretary intends to evaluate the question of standing in light of any facts that Plaintiffs may produce in connection with a forthcoming motion for preliminary injunction. Additionally, given the strong likelihood that such a motion for preliminary injunction will be contested by the Proposed Intervenor-Defendants, the Secretary intends to reevaluate whether renewing the joint motion and proposed consent decree is the most expeditious method of disposing of this case.

Due to the change in circumstances, the Secretary desires additional time in which to draft a responsive pleading. Such a responsive pleading will likely be consolidated with the Secretary's response to Plaintiffs' forthcoming motion for preliminary injunction. Plaintiffs' counsel has represented to the undersigned that he will file such a motion in the coming days and will request that it be briefed and decided on an emergency basis. The Secretary will not object to an expedited briefing and hearing schedule, provided that

1 Defendants are afforded no fewer than seven (7) days in which to respond to a motion for
2 preliminary injunction.
3       The Secretary respectfully submits that the change in circumstances, as discussed
4 above, amounts to good cause for an extension of the 21-day period in which to file a
5 responsive pleading. As noted above, this is the Secretary's first request for an extension
6 of any filing deadline in this case. The Secretary requests that the time for filing a
7 responsive pleading in this case be extended until November 2, 2020. It is anticipated
8 that the requested extension, if granted, will provide adequate time in which to align the
9 Secretary's responsive pleading with a response to Plaintiffs' anticipated motion for
10 preliminary injunction.
11       Dated this 13th day of October 2020.

                          AARON D. FORD
                          Attorney General

                          By:   */s/ Gregory L. Zunino*
                                 Deputy Solicitor General
                                 Nevada Bar 4805
                                 100 N. Carson Street
                                 Carson City, Nevada 89701
                                 (775) 684-1237
                                 gzunino@ag.nv.gov

                                 *Attorney for Barbara Cegavske*

20 IT IS SO ORDERED.
21 DATED: October 14, 2020.

                                 William G. Cobb
                                 UNITED STATES MAGISTRATE JUDGE