STEVEN B. WOLFSON
Clark County District Attorney
MARY-ANNE MILLER
County Counsel
NSB #001419
500 S. Grand Central Parkway
Las Vegas, NV  89106
702.455.2164
Mary-Anne.Miller@ClarkCountyDA.com
 *Attorneys for Defendant Joseph P. Gloria,*
 *Clark County Registrar of Voters*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROTECT OUR GIRLS, a Committee for Political Action (PAC) Advocating Passage, and MELISSA CLEMENT, an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BARBARA CEGAVSKE in her official capacity as Nevada Secretary of State, JOSEPH P. GLORIA in his official capacity as Clark County Registrar of Voters, DEANNA SPIKULA in her official capacity as Washoe County Registrar of Voters, KRISTINA JAKEMAN in her official capacity as Elko County Clerk, SADIE SULLIVAN in her official capacity as Lander County Clerk, LACEY DONALSON in her official capacity as Pershing County Clerk-Treasurer, VANESSA STEVENS in her official capacity as Storey County Clerk-Treasurer, NICHOLE BALDWIN in her capacity as White Pine County Clerk, SANDRA MERLINO in her official capacity as Nye County Clerk TAMMI RAE SPERO in her official capacity as Humboldt County Clerk, KATHY LEWIS in her official capacity as Douglas County clerk-Treasurer, LINDA ROTHERY in her official capacity as Churchill County Clerk-Treasurer, LACINDA ELGSN in her official capacity as Esmeralda County Clerk, LISA HOEHNA in her official capacity as Eureka County Clerk, CHRISTOPHER NEPPER in his official capacity as Mineral county Clerk-Treasurer NIKKI BRYAN in her official capacity as Lyon County Clerk-Treasurer, and Aubrey Rowlatt in her official capacity as Carson city Clerk-Recorder,<br><br>　　　　　　　　　　Defendants. | Case No.:  3:20-cv-00515-MMD-WGC<br><br>**DEFENDANT JOSEPH P. GLORIA'S ANSWER TO PLAINTIFFS' COMPLAINT** |

Comes now Defendant Joseph P. Gloria, Registrar of Voters for Clark County, by and through his counsel, Steven B. Wolfman, District Attorney, by Mary-Anne Miller, County Counsel and, as an Answer to the Complaint on file herein, admits, denies and pleads further as follows:

Nature of the Action

1. This Defendant admits the allegations made in Paragraph 1 -3 of the Complaint on file herein.

Parties

2. This Defendant is without sufficient information or belief upon which to form a basis for responding to the allegations made in Paragraphs 4 and 5 of the Complaint on file herein, and on that basis denies each and every allegation contained therein.

3. This Defendant admits the allegations contained in Paragraphs 6 – 22 of the Complaint on file herein.

Jurisdiction and Venue

4. This Defendant admits the allegations contained in Paragraphs 23-25 of the Complaint on file herein.

5. This Defendant is without sufficient information or belief upon which to form a basis for responding to the allegations made in Paragraphs 26 and 27 of the Complaint on file herein, and on that basis denies each and every allegation contained therein.

Factual Background

A. The Initiative

6. This Defendant admits the allegations contained in Paragraphs 28-30 of the Complaint on file herein.

B. The Covid-19 Pandemic

7. This Defendant is without sufficient information or belief upon which to form a basis for responding to the allegations made in Paragraphs 31 - 40 of the Complaint on file herein, and on that basis denies each and every allegation contained therein.

8  This Defendant is without sufficient information or belief upon which to form a basis for responding to the allegations made in Paragraphs 31 - 40 of the Complaint on file herein, and on that basis denies each and every allegation contained therein.C.  Signature gathering during the Pandemic

9.  This Defendant is without sufficient information or belief upon which to form a basis for responding to the allegations made in Paragraphs 50-54 of the Complaint on file herein, and on that basis denies each and every allegation contained therein.

D. Nevada and Other States Have Taken Action

10.  This Defendant admits the allegations contained in Paragraphs 55-58 of the Complaint on file herein.

11.  This Defendant is without sufficient information or belief upon which to form a basis for responding to the allegations made in Paragraphs 59-64 of the Complaint on file herein, and on that basis denies each and every allegation contained therein.

E. Nevada Secretary of State and the Initiative

12.  This Defendant is without sufficient information or belief upon which to form a basis for responding to the allegations made in Paragraphs 65-66 of the Complaint on file herein, and on that basis denies each and every allegation contained therein.

13.  This Defendant notes that Paragraph 67 of Plaintiffs' Complaint contains legal arguments that do not require a response.

CLAIM 1:

14.  This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 68 of Plaintiffs' Complaint.

15.  This Defendant notes that Paragraph 69 of Plaintiffs' Complaint contains legal arguments that do not require a response.

16.  This Defendant denies the allegations contained in Paragraphs 70-75 of Plaintiffs' Complaint.

. . .

. . .

CLAIM 2:

17. This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 76 of Plaintiffs' Complaint.

18. This Defendant notes that Paragraphs 77-78 of Plaintiffs' Complaint contains legal arguments that do not require a response.

19. This Defendant denies the allegations contained in Paragraphs 79-84 of Plaintiffs' Complaint.

CLAIM 3:

20. This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 85 of Plaintiffs' Complaint.

21. This Defendant notes that Paragraph 86 of Plaintiffs' Complaint contains legal arguments that do not require a response.

22. This Defendant denies the allegations contained in Paragraphs 87-92 of Plaintiffs' Complaint.

CLAIM 4:

23. This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 93 of Plaintiffs' Complaint.

24. This Defendant notes that Paragraph 94 of Plaintiffs' Complaint contains legal arguments that do not require a response.

25. This Defendant denies the allegations contained in Paragraphs 95-100 of Plaintiffs' Complaint.

CLAIM 5:

26. This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 101 of Plaintiffs' Complaint.

27. This Defendant notes that Paragraph 102 of Plaintiffs' Complaint contains legal arguments that do not require a response.

28. This Defendant denies the allegations contained in Paragraphs 103-108 of Plaintiffs' Complaint.

CLAIM 6:

29. This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 109 of Plaintiffs' Complaint.

30. This Defendant notes that Paragraph 110 of Plaintiffs' Complaint contains legal arguments that do not require a response.

31. This Defendant denies the allegations contained in Paragraphs 111-116 of Plaintiffs' Complaint.

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a valid claim for relief against this Defendant.,

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs failed to take timely action to assert the claims in this Complaint, and relief should be barred on grounds of equity.

**THIRD AFFIRMATIVE DEFENSE**

The damages claimed in this Complaint are not caused by this Defendant, and relief should not be ordered against him for the actions of others.

**FOURTH AFFIRMATIVE DEFENSE**

This Defendant is entitled to qualified immunity for the claims asserted in the Complaint.

**FURTHER AFFIRMATIVE DEFENSES**

This Defendant reserves the right to amend his answer to allege affirmative defenses if subsequent investigation so warrant.

WHEREFORE, this Defendant prays that:

1. Plaintiffs be awarded none of the relief sought in their complaint;

2. This Defendant be awarded its costs and fees incurred in the defense of this action; and

. . .

. . .

3.  This Defendant be awarded such other and further relief as to this Court seems warranted.

DATED this 15th day of October, 2020.

    STEVEN B. WOLFSON
    DISTRICT ATTORNEY

By:   */s/ Mary-Anne Miller*
    MARY-ANNE MILLER
    County Counsel
    State Bar No. 001419
    500 South Grand Central Pkwy. 5th Flr.
    Las Vegas, Nevada 89155-2215
    Mary-Anne.Miller@clarkcountyda.com
    *Attorneys for Defendant Joseph P. Gloria,*
      *Clark County Registrar of Voters*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Clark County District Attorney and that on this 15th day of October, 2020, I served a true and correct copy of the foregoing **Defendant Joseph P. Gloria's Answer To Plaintiffs' Complaint** by U.S. District Court CM/ECF Electronic Filing to:

David Omara, Esq.
david@omaralaw.net
*Attorneys for Plaintiffs*
*Protect Our Girls*
*Melissa Clement*

Herbert Kaplan, Esq.
hkaplan@da.washoecounty.us
*Attorney for Defendant*
*Deanna Spikula – Washoe County Register of Voters*

K. Kevin Benson
kevin@bensonlawnv.com
*Attorney for Intervenor Defendant*
*Nevada Resort Association*

Brian R. Hardy, Esq.
bhardy@maclaw.com
*Attorney for Defendants*
*Nichole Baldwin - White Pine County Clerk, Nikki A. Bryan – Lyon County Clerk Treasurer, Lacey Donaldson – Pershing County Clerk Treasurer, Lisa Hoehna – Eureka County Clerk, Kristina Jakeman – Elko County Clerk, Kathy Lewis – Douglas County Clerk Treasurer, Lisa Lloyd – Lincoln County Clerk, Sandra Merlino – Nye County Clerk, Linda Rothery – Churchill County Clerk Treasurer, Tammi Rae Spero – Humboldt County Clerk, Vanessa Stevens – Storey County Clerk Treasurer, Sadie Sullivan – Lander County Clerk*

    */s/ Afeni Banks*
    An Employee of the Clark County District Attorney's Office – Civil Division