1  THE O'MARA LAW FIRM, P.C.
   DAVID C. O'MARA (Nevada Bar No. 8599)
2  311 East Liberty Street
   Reno, NV  89501
3  Telephone:  775/323-1321
   775/323-4082 (fax)
4
   Attorneys for Plaintiffs
5
                **UNITED STATES DISTRICT COURT**
6                   **DISTRICT OF NEVADA**

7  PROTECT OUR GIRLS, a Committee for          )   Case No.   3:20-cv-00515-MMD-WGC
   Political Action (PAC) Advocating Passage,   )
8  and MELISSA CLEMENT, an individual,          )
                                                )
9                    Plaintiffs,                )
                                                )
10 v.                                           )   **STIPULATION FOR DISMISSAL WITH**
                                                )            **PREJUDICE**
11 BARBARA CEGAVSKE in her official            )
   capacity as Nevada Secretary of State,       )   **AND ORDER THEREON**
12 JOSEPH P. GLORIA in his official capacity as )
   Clark County Registrar of Voters, DEANNA     )
13 SPIKULA in her official capacity as Washoe    )
   County Registrar of Voters, KRISTINA         )
14 JAKEMAN in her official capacity as Elko      )
   County Clerk, SADIE SULLIVAN in her          )
15 official capacity as Lander County Clerk,     )
   LACEY DONALDSON in her official capacity)
16 as Pershing County Clerk-Treasurer,          )
   VANESSA STEVENS in her official capacity      )
17 as Storey County Clerk-Treasurer, NICHOLE   )
   BALDWIN in her official capacity as White     )
18 Pine County Clerk, SANDRA MERLINO in        )
   her official capacity as Nye County Clerk,    )
19 TAMMI RAE SPERO in her official capacity     )
   as Humboldt County Clerk, KATHY LEWIS       )
20 in her official capacity as Douglas County    )
   Clerk-Treasurer, LINDA ROTHERY in her       )
21 official capacity as Churchill County Clerk-   )
   Treasurer, LACINDA ELGAN in her official     )
22 capacity as Esmeralda County Clerk-Treasurer,)
   LISA C. LLOYD in her official capacity as     )
23 Lincoln County Clerk, LISA HOEHNA in her    )
   official capacity as Eureka County Clerk,      )
24 CHRISTOPHER NEPPER in his official         )
   capacity as Mineral County Clerk-Treasurer,   )
25 NIKKI BRYAN in her official capacity as       )
   Lyon County Clerk-Treasurer, and AUBREY    )
26 ROWLATT in her official capacity as Carson   )
   City Clerk-Recorder,                         )
27                                              )
                                                )
28 _____Defendants._____)

- 1 -

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants, by and through their

2    respective counsel, hereby stipulate to dismiss of all claims in this action with prejudice.  Each party

3    shall bear its own attorney fees and costs.

4    DATED:  October 26, 2020                      O'MARA LAW FIRM, P.C.

5

6                                                                    /s/ David C. O'Mara
                                                             DAVID C. O'MARA, ESQ.
7                                                            311 East Liberty Street
                                                             Reno, NV  89501
8                                                            Telephone:  775/323-1321
                                                             775/323-4082 (fax)
9                                                            Attorneys for Plaintiffs

10
     DATED:  October 26, 2020                      OFFICE OF THE DISTRICT ATTORNEY,
11                                                   CLARK COUNTY

12

13                                                                   /s/ Mary-Anne Miller
                                                             MARY-ANNE MILLER, ESQ.
14                                                           500 S. Grand Central Parkway
                                                             Las Vegas, NV  89106
15                                                           Telephone:  702/455-4761
                                                             Attorneys for Defendant Clark County Registrar
16                                                           of Voters Joseph P. Gloria

17   DATED:  October 26, 2020                      OFFICE OF THE DISTRICT ATTORNEY,
                                                     WASHOE COUNTY
18

19                                                                   /s/ Herbert B. Kaplan
20                                                           HERBERT B. KAPLAN, ESQ.
                                                             1 S. Sierra Street
21                                                           Reno, NV  89501
                                                             Telephone:  775/337-5700
22                                                           Attorneys for Defendant Washoe County
                                                             Registrar of Voters Deanna Spikula
23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED:  October 26, 2020 | MARQUIS AURBACH COFFING |
| 2 | | |
| 3 | | _/s/ Brian R. Hardy_ |
| | | BRIAN R. HARDY, ESQ. |
| 4 | | 10001 Park Run Drive |
| | | Las Vegas, NV  89145 |
| 5 | | Telephone:  702/382-0711 |
| | | Attorneys for Defendants Elko County Clerk |
| 6 | | Kristina Jakeman, Lander County Clerk Sadie |
| | | Sullivan, Pershing County Clerk-Treasurer Lacey |
| 7 | | Donaldson, Storey County Clerk-Treasurer |
| | | Vanessa Stevens, White Pine County Clerk |
| 8 | | Nichole Baldwin, Nye County Clerk Sandra |
| | | Merlino, Humboldt County Clerk Tammie Rae |
| 9 | | Spero, Douglas County Clerk-Treasurer Kathy |
| | | Lewis, Churchill County Clerk-Treasurer Linda |
| 10 | | Rothery, Esmerelda County Clerk-Treasurer |
| | | Lacinda Elgan, Lincoln County Clerk Lisa C. |
| 11 | | Lloyd, Eureka County Clerk Lisa Hoehna, |
| | | Mineral County Clerk-Treasurer Christopher |
| 12 | | Nepper and Lyon County Clerk-Treasurer Nikki |
| | | Bryan |
| 13 | DATED:  October 26, 2020 | OFFICE OF THE ATTORNEY GENERAL, |
| 14 | | STATE OF NEVADA |
| 15 | | |
| 16 | | _/s/ Gregory L. Zunino_ |
| | | GREGORY L. ZUNINO, ESQ. |
| 17 | | Deputy Solicitor General |
| | | 100 N. Carson Street |
| 18 | | Carson City, NV  89701 |
| | | Telephone:  775/684-1100 |
| 19 | | Attorneys for Defendant Nevada Secretary of |
| | | State Barbara Cegavske |
| 20 | DATED:  October 26, 2020 | OFFICE OF THE DISTRICT ATTORNEY, |
| 21 | | CARSON CITY |
| 22 | | |
| 23 | | _/s/ Benjamin Johnson_ |
| | | BENJAMIN JOHNSON, ESQ. |
| 24 | | 885 E. Musser St., Ste. 2030 |
| | | Carson City, NV  89701 |
| 25 | | Telephone:  775/887.2070 |
| | | Attorneys for Carson City Clerk-Recorder |
| 26 | | Aubrey Rowlatt |
| 27 | | **SEE NEXT PAGE FOR ORDER** |
| 28 | | |

1

**ORDER**

2

**IT IS SO ORDERED.**

3

DATED this _____ day of October, 2020.

4

5

_____

UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28