1  THE O'MARA LAW FIRM, P.C.
   DAVID C. O'MARA (Nevada Bar No. 8599)
2  311 East Liberty Street
   Reno, NV 89501
3  Telephone: 775/323-1321
   775/323-4082 (fax)
4
   Attorneys for Plaintiffs
5
                    **UNITED STATES DISTRICT COURT**
6                        **DISTRICT OF NEVADA**

7  PROTECT OUR GIRLS, a Committee for        )  Case No.   3:20-cv-00515-MMD-WGC
   Political Action (PAC) Advocating Passage,)
8  and MELISSA CLEMENT, an individual,       )
                                             )
9                Plaintiffs,                 )
                                             )
10 v.                                        )  **STIPULATION FOR DISMISSAL WITH**
                                             )  **PREJUDICE**
11 BARBARA CEGAVSKE in her official          )
   capacity as Nevada Secretary of State,    )  **AND ORDER THEREON**
12 JOSEPH P. GLORIA in his official capacity as )
   Clark County Registrar of Voters, DEANNA  )
13 SPIKULA in her official capacity as Washoe )
   County Registrar of Voters, KRISTINA      )
14 JAKEMAN in her official capacity as Elko  )
   County Clerk, SADIE SULLIVAN in her       )
15 official capacity as Lander County Clerk, )
   LACEY DONALDSON in her official capacity  )
16 as Pershing County Clerk-Treasurer,       )
   VANESSA STEVENS in her official capacity  )
17 as Storey County Clerk-Treasurer, NICHOLE )
   BALDWIN in her official capacity as White )
18 Pine County Clerk, SANDRA MERLINO in      )
   her official capacity as Nye County Clerk,)
19 TAMMI RAE SPERO in her official capacity  )
   as Humboldt County Clerk, KATHY LEWIS     )
20 in her official capacity as Douglas County )
   Clerk-Treasurer, LINDA ROTHERY in her     )
21 official capacity as Churchill County Clerk- )
   Treasurer, LACINDA ELGAN in her official  )
22 capacity as Esmeralda County Clerk-Treasurer, )
   LISA C. LLOYD in her official capacity as )
23 Lincoln County Clerk, LISA HOEHNA in her  )
   official capacity as Eureka County Clerk, )
24 CHRISTOPHER NEPPER in his official        )
   capacity as Mineral County Clerk-Treasurer, )
25 NIKKI BRYAN in her official capacity as   )
   Lyon County Clerk-Treasurer, and AUBREY   )
26 ROWLATT in her official capacity as Carson )
   City Clerk-Recorder,                      )
27                                           )
                                             )
28       Defendants.                         )

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate to dismiss of all claims in this action with prejudice. Each party shall bear its own attorney fees and costs.

DATED: October 26, 2020         O'MARA LAW FIRM, P.C.

                                          /s/ David C. O'Mara
                                DAVID C. O'MARA, ESQ.
                                311 East Liberty Street
                                Reno, NV 89501
                                Telephone: 775/323-1321
                                775/323-4082 (fax)
                                Attorneys for Plaintiffs

DATED: October 26, 2020         OFFICE OF THE DISTRICT ATTORNEY, CLARK COUNTY

                                          /s/ Mary-Anne Miller
                                MARY-ANNE MILLER, ESQ.
                                500 S. Grand Central Parkway
                                Las Vegas, NV 89106
                                Telephone: 702/455-4761
                                Attorneys for Defendant Clark County Registrar of Voters Joseph P. Gloria

DATED: October 26, 2020         OFFICE OF THE DISTRICT ATTORNEY, WASHOE COUNTY

                                          /s/ Herbert B. Kaplan
                                HERBERT B. KAPLAN, ESQ.
                                1 S. Sierra Street
                                Reno, NV 89501
                                Telephone: 775/337-5700
                                Attorneys for Defendant Washoe County Registrar of Voters Deanna Spikula

| | |
|---|---|
| DATED: October 26, 2020 | MARQUIS AURBACH COFFING |
| | /s/ Brian R. Hardy<br>BRIAN R. HARDY, ESQ.<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone: 702/382-0711<br>Attorneys for Defendants Elko County Clerk Kristina Jakeman, Lander County Clerk Sadie Sullivan, Pershing County Clerk-Treasurer Lacey Donaldson, Storey County Clerk-Treasurer Vanessa Stevens, White Pine County Clerk Nichole Baldwin, Nye County Clerk Sandra Merlino, Humboldt County Clerk Tammie Rae Spero, Douglas County Clerk-Treasurer Kathy Lewis, Churchill County Clerk-Treasurer Linda Rothery, Esmerelda County Clerk-Treasurer Lacinda Elgan, Lincoln County Clerk Lisa C. Lloyd, Eureka County Clerk Lisa Hoehna, Mineral County Clerk-Treasurer Christopher Nepper and Lyon County Clerk-Treasurer Nikki Bryan |
| DATED: October 26, 2020 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NEVADA |
| | /s/ Gregory L. Zunino<br>GREGORY L. ZUNINO, ESQ.<br>Deputy Solicitor General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Telephone: 775/684-1100<br>Attorneys for Defendant Nevada Secretary of State Barbara Cegavske |
| DATED: October 26, 2020 | OFFICE OF THE DISTRICT ATTORNEY, CARSON CITY |
| | /s/ Benjamin Johnson<br>BENJAMIN JOHNSON, ESQ.<br>885 E. Musser St., Ste. 2030<br>Carson City, NV 89701<br>Telephone: 775/887.2070<br>Attorneys for Carson City Clerk-Recorder Aubrey Rowlatt |

**SEE NEXT PAGE FOR ORDER**

1
**ORDER**

2
**IT IS SO ORDERED.**

3
DATED this __26th__ day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE